UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

Eastern District of Kentucky
**FILED**
JAN 23 2020
AT LONDON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

UNITED STATES OF AMERICA

V.

INDICTMENT NO. 6:20-CR-04-REW
18 U.S.C. § 2251(a)

AMOS SPARKMAN

\* \* \* \* \*

**THE GRAND JURY CHARGES:**

On or about a date in October 2019, the exact date unknown, in Whitley County, in the Eastern District of Kentucky,

**AMOS SPARKMAN**

did employ, use, persuade, induce, entice, and coerce a minor to engage in sexually explicit conduct, to wit, a minor performing oral sex on an adult male, for the purpose of producing a visual depiction of such conduct, knowing and having reason to know that such visual depiction would be transported using any means and facility of interstate and foreign commerce, in violation of 18 U.S.C. § 2251(a).

### FORFEITURE ALLEGATION
### 18 U.S.C. § 2253

By virtue of the commission of the offense alleged in this Indictment, any and all interest **AMOS SPARKMAN** has in the property used or intended to be used to commit or promote the commission of the offense, or any property traceable to such property, including, but not limited to:

1. Tracfone Wireless, Inc. Android LTZ, Model:A502DL, IMEI: 015416001700997;

2. LG Model: LG-K371, IMEI: 354885-07-456394-7, serial number CYDG456394;

3. ZTE Black, Model Z812, IMEI 869578027003511;

4. ZTE Black, Model Z812, IMEI 866737024684698;

5. ZTE Black and Gray phone in peach and black case,

is vested in the United States and hereby forfeited to the United States pursuant to 18 U.S.C. § 2253.

A TRUE BILL.

ROBERT M. DUNCAN, JR.
UNITED STATES ATTORNEY

## PENALTIES

Not less than 15 years nor more than 30 years imprisonment, not more than a $250,000 fine, and at least 5 years up to life supervised release.

**If prior qualifying sex offense conviction:** Not less than 25 years nor more than 50 years imprisonment, not more than a $250,000 fine, and at least 5 years up to life supervised release.

**PLUS:** Mandatory $100 special assessment.

**PLUS:** $5,000 additional special assessment.

**PLUS:** Restitution.

**PLUS:** Forfeiture of listed assets.