UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

Eastern District of Kentucky
F I L E D
JAN 23 2020
AT LONDON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

CRIMINAL ACTION NO. 6:20-CR-04-REW

UNITED STATES OF AMERICA     PLAINTIFF

V.     **MOTION OF UNITED STATES FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM**

AMOS SPARKMAN     DEFENDANT

\* \* \* \* \*

The Defendant, AMOS SPARKMAN, is now confined at the Whitley County Detention Center in Williamsburg, Kentucky, awaiting trial for a violation of Kentucky law. Accordingly, the United States moves for a writ of habeas corpus ad prosequendum commanding the jailer to deliver AMOS SPARKMAN to the United States Marshal so that Sparkman may be brought before this Court for an arraignment and for other proceedings.

Respectfully submitted,

ROBERT M. DUNCAN, JR.
UNITED STATES ATTORNEY

By: *[signature]*
Jenna E. Reed
Assistant United States Attorney
601 Meyers Baker Rd. Suite 200
London, KY 40741
(606) 864-5523
jenna.reed@usdoj.gov