# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF KENTUCKY
# SOUTHERN DIVISION
# LONDON

**CRIMINAL ACTION NO. 6:20-CR-4-CHB-HAI**

**UNITED STATES OF AMERICA**                                                **PLAINTIFF**

**V.**                **RESPONSE TO DEFENDANT'S MOTION TO CONTINUE SENTENCING**

**AMOS SPARKMAN**                                                          **DEFENDANT**

\* \* \* \* \*

The United States, by counsel, does not oppose Amos Sparkman's motion to continue sentencing. [R. 74]

                                                         Respectfully submitted,

                                                         CARLTON S. SHIER, IV
                                                         ACTING UNITED STATES ATTORNEY

                                                         BY: /s/ Jenna E. Reed
                                                         Assistant United States Attorney
                                                         601 Meyers Baker Road
                                                         London, Kentucky 40741
                                                         Phone: (606) 330-4829
                                                         Fax: (606) 864-3590
                                                         Jenna.Reed@usdoj.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 20, 2021, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send notice to counsel of record.

/s/ Jenna Reed
Assistant United States Attorney